*M/P*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. 08 APR 16 PM 12: 43 |
| | ) | **08 MJ 1 1 7 5** |
| Plaintiff, | ) | SOUTHERN DISTRICT OF CALIFORNIA |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | BY: *cP* DEPUTY |
| | ) | Title 8, U.S.C., Section 1326 |
| **Adalberto RAMIREZ-Galvez,** | ) | Deported Alien Found in the |
| | ) | United States |
| | ) | |
| Defendant | ) | |
| | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 14, 2008** within the Southern District of California, defendant, **Adalberto RAMIREZ-Galvez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico,** was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **16th** DAY OF **APRIL, 2008**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Adalberto RAMIREZ-Galvez

## PROBABLE CAUSE STATEMENT

On April 14, 2008 at approximately 9:05 P.M., a scope operator notified Agents via service radio, of three in an area known as the "Salt Flats." This area is approximately five miles west of the San Ysidro, California, Port of Entry and 800 yards north of the United States/ Mexico International Boundary.

Border Patrol Agent L. Gonzalez, responded to the area, and found three individuals hiding. Agent Gonzalez identified himself as a Border Patrol Agent, and conducted an immigration inspection. All three subjects including one later identified as the defendant **Adalberto RAMIREZ-Galvez,** admitted to being citizens and nationals of Mexico without any documents that would allow them to legally enter or remain in the United States. Agent Gonzalez arrested the three individuals and had them transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 31, 2008** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.