1  **CAREY D. GORDEN**
   California State Bar No. 236251
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  carey_gorden@fd.org

5
   Attorneys for Defendant Mr. Ramirez-Galvez
6

7

8                    UNITED STATES DISTRICT COURT

9                   FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         )   Case No. 08mj1173
                                       )
12 |         Plaintiff,                )
                                       )
13 | v.                                )
                                       )   **NOTICE OF APPEARANCE**
14 | **ADALBERTO RAMIREZ-GALVEZ**,    )
                                       )
15 |         Defendant.                )
                                       )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,

18 Carey D. Gorden, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in

19 the above-captioned case.

20                                         Respectfully submitted,

21 Dated: April 18, 2008                    *s/ Carey D. Gorden*
                                            Federal Defenders of San Diego, Inc.
22                                          Attorneys for Defendant
                                            carey_gorden@fd.org
23

24

25

26

27

28