**CAREY D. GORDEN**
California State Bar No. 236251
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
carey_gorden@fd.org

Attorneys for Mr. Ramirez-Galvez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1173 |
| Plaintiff, | ) | |
| v. | ) | **PROOF OF SERVICE** |
| **ADALBERTO RAMIREZ-GALVEZ**, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

**ASSISTANT UNITED STATES ATTORNEY**
efile.dkt.gc1@usdoj.gov,

Dated: April 18, 2008      s/ *Carey D. Gorden*
**CAREY D. GORDEN**
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: carey_gorden@fd.org