1  **ROBERT H. HENSSLER, JR.**
   California Bar No. 216165
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  Facsimile: (619) 687-2666
   Robert_Henssler@fd.org
5

6  Attorneys for Defendant

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  08CR1529
                                       )
11          Plaintiff,                 )
                                       )
12  v.                                 )  **NOTICE OF APPEARANCE**
                                       )
13  ADALBERTO RAMIREZ-GALVEZ,          )
                                       )
14          Defendant.                 )
                                       )
15  _____  )

16       Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Robert

17  R Henssler, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18  the above-captioned case replacing Carey D. Gordon.

19                              Respectfully submitted,

20

21  Dated:  June 24, 2008            /s/  *Robert R. Henssler, Jr.*
                                     **ROBERT R. HENSSLER, JR.**
22                                   Federal Defenders of San Diego, Inc.
                                     Robert_Henssler@fd.org
23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

3    information and belief, and that a copy of the foregoing document has been served this day upon:

4
     U S Attorneys Office Southern District of California
5    880 Front Street
     Room 6293
6    San Diego, CA 92101
     (619)557-5610
7    Fax: (619)557-5917
     Email: Efile.dkt.gc2@usdoj.gov

8

9

10   DATED: June 24, 2008                               */s/ Robert R. Henssler, Jr.*
                                                        **ROBERT R. HENSSLER, JR.**
11                                                      Federal Defenders of San Diego, Inc.
                                                        Robert_Henssler@fd.org

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28